IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELVIS L. CUNNINGHAM,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CHAD HUNT, in his individual capacity; and PAM GODBERSON, Nurse, in her individual capacity,<br><br>　　　　　Defendants. | 8:21CV282<br><br><br>**MEMORANDUM<br>AND ORDER** |

　　On September 28, 2021, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of this action. To date, Plaintiff has not updated his address or taken any other action in this matter.

　　IT IS THEREFORE ORDERED:

　　1.　This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

　　2.　The court will enter judgment by a separate document.

　　Dated this 29th day of October 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge